

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

## O R D E R

The reporter's record was originally due August 15, 2014. When neither the record nor a notification of late record was filed, we ordered the court reporter to file the record on or before September 4, 2014. On September 4, 2014, the court reporter filed a notification of late record, asking until September 15, 2014, to file the record. We **GRANT** the court reporter's extension of time, giving him thirty additional days to file the record from the original due date. We advise the court reporter that no further extensions of time to file the record will be granted absent written proof of extraordinary circumstances. This court may not grant more than 30 days cumulatively with regard to extensions of time to file the reporter's record in termination cases. *See* Tex. R. App. Pro. 28.4(b).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court